TOWNSEND AND TOWNSEND AND CREW LLP
MARK A. STEINER (State Bar No. 088124)
MARC M. GORELNIK (State Bar No. 166833)
JENNIFER D. ARKOWITZ (State Bar No. 236598)
Two Embarcadero Center, 8th Floor
San Francisco, California  94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email: mas@townsend.com; mmg@townsend.com; jda@townsend.com

*Attorneys for Plaintiff*
ALIPHCOM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIPHCOM, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLUEANT WIRELESS, INC., a California corporation,<br><br>Defendant. | Case No.  CV 09-01195 JL<br><br>**VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that plaintiff AliphCom hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW, LLP

Dated:  April 2, 2009         By: /s/ Jennifer D. Arkowitz
                                  Mark A. Steiner
                                  Marc M. Gorelnik
                                  Jennifer D. Arkowitz
                                  *Attorneys for Plaintiff*

VOLUNTARY DISMISSAL
*AliphCom v. BlueAnt Wireless, Inc.*
Case No. CV 09-01195 JL

**PROOF OF SERVICE**

I, Dena Hong-Yee, declare as follows:

I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, 8th Floor, San Francisco, California 94111.

On April 2, 2009, I served a copy of the following document(s):

**VOLUNTARY DISMISSAL**

( X ) (VIA FIRST CLASS MAIL) I am employed in the County where the mailing described below occurred, and am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Services. I placed a true copy thereof to which was attached a copy of this document(s) in a sealed envelope(s) with postage thereon fully prepaid addressed as listed below. The envelope(s) will be deposited with the United States Postal Service on this day in the ordinary course of business in San Francisco, California, following ordinary business practices.

(  ) (VIA FEDERAL EXPRESS) I caused the document(s) to be served by placing a true copy thereof [to which was attached a copy of this document(s)] in a sealed Federal Express overnight envelope. The overnight envelope was then picked up by a Federal Express employee at the above business address in San Francisco, California, and was addressed as listed below.

Thomas J. D'Amato
Murphy Pearson Bradley & Feeney
88 Kearny Street, Suite 1000
San Francisco, CA  94108

*Attorneys for Defendant*
*BlueAnt Wireless, Inc.*

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED this 2nd day of April, 2009, at San Francisco, California.

                                          /s/ Dena Hong-Yee
                                            Dena Hong-Yee

61883683 v1